James C. Shah (SBN 260435)
Kolin C. Tang (SBN 279834)
**MILLER SHAH LLP**
19712 MacArthur Blvd.
Suite 222
Irvine, CA 92612
Telephone: (866) 545-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
       kctang@millershah.com

*Counsel for Plaintiff Michael C. DeLong*
[Additional counsel listed on signature page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL DELONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTHCOMPARE INSURANCE SERVICES, INC.,<br><br>Defendant. | **CLASS ACTION**<br><br>Case No. 8:21-cv-01653-JLS<br><br>**NOTICE OF RESOLUTION** |

1   Plaintiff, Michael DeLong ("Plaintiff"), for himself and on behalf of
2   Defendant, HealthCompare Insurance Services, Inc. (individually, "Defendant" and
3   together with Plaintiff, the "Parties"), with Defendant's notice and permission,
4   hereby informs the Court that the Parties have reached a tentative resolution of their
5   differences and disputes in the above-captioned matter.  The Parties anticipate that a
6   notice of voluntary dismissal will be filed by Plaintiff in due course, once the Parties
7   have finalized their resolution.  In the meantime, the Parties respectfully request
8   that, pursuant to the Court's procedure number 19, the Court vacate all pending
9   hearings and deadlines, including for Defendant's motion to transfer [ECF No. 20],
10  and stay the case, and that the Court retain jurisdiction and not dismiss the matter
11  until after the Parties have fully resolved this matter.

13  Dated:   June 24, 2022                    Respectfully submitted,

15                                            By:  /s/ *Kolin C. Tang*
                                              James C. Shah (SBN 260435)
16                                            Kolin C. Tang (SBN 279834)
17                                            **MILLER SHAH LLP**
                                              19712 MacArthur Blvd.
18                                            Irvine, CA 92612
                                              Telephone: (866) 540-5505
19                                            Facsimile: (866) 300-7367
20                                            Email: jcshah@millershah.com
21                                                      kctang@millershah.com

22                                            **BUTSCH ROBERTS & ASSOCIATES LLC**
                                              David T. Butsch
23                                            Christopher E. Roberts (admitted *pro hac*)
24                                            231 S. Bemiston Avenue, Suite 260
                                              Clayton, Missouri 63105
25                                            Ph: (314) 863-5700
26                                            Fax: (314) 863-5711
                                              DButsch@butschroberts.com
27                                            CRoberts@butschroberts.com
28
                                              Attorneys for Plaintiff Michael DeLong

| | | |
|---|---|---|
| 1 | Dated: June 24, 2022 | TROUTMAN PEPPERHAMILTON SANDERS LLP |
| 2 | | |
| 3 | | By: /s/ *Chad. R. Fuller* |
| 4 | | Chad R. Fuller (SBN 190830) |
| | | chad.fuller@troutman.com |
| 5 | | 11682 El Camino Real, Suite 400 San Diego, CA 92130 |
| 6 | | Telephone: 858.509.6040 |
| 7 | | |
| 8 | | Attorneys for Defendant HealthCompare Insurance Services, Inc. |

### **ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4(a)(2)**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: June 24, 2022                    /s/ *Kolin C. Tang*
                                        Kolin C. Tang