TROUTMAN PEPPER HAMILTON SANDERS LLP
Chad R. Fuller (SBN 190830)
chad.fuller@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: 858.509.6040

Attorneys for Defendant
HEALTHCOMPARE INSURANCE
SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DELONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCOMPARE INSURANCE SERVICES, INC.,<br><br>Defendant. | Case No. 8:21-cv-01653-JLS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: October 6, 2021 |

Please take notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michael DeLong and Defendant HealthCompare Insurance Services, Inc., hereby stipulate to dismiss this action individually with prejudice and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own fees and costs.

Dated: July 8, 2022

TROUTMAN PEPPER
HAMILTON SANDERS LLP

By:  */s/ Chad R. Fuller*
       Chad R. Fuller

*Counsel for Defendant*
HEALTHCOMPARE
INSURANCE SERVICES, INC.

By: */s/ Kolin C. Tang*
James C. Shah (SBN 260435)
Kolin C. Tang (SBN 279834)
**MILLER SHAH LLP**
19712 MacArthur Blvd.
Irvine, CA 92612
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
           kctang@millershah.com

**BUTSCH ROBERTS & ASSOCIATES LLC**
David T. Butsch
Christopher E. Roberts (admitted *pro hac*)
231 S. Bemiston Avenue, Suite 260
Clayton, Missouri 63105
Ph: (314) 863-5700
Fax: (314) 863-5711
DButsch@butschroberts.com
CRoberts@butschroberts.com

Attorneys for Michael DeLong

# ATTESTATION OF FILER

I attest pursuant to Local Rule 5-4.3.4(a)(2)(i) that all parties on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

DATED: July 8, 2022      **TROUTMAN PEPPER HAMILTON SANDERS LLP**

By:    */s/ Chad R. Fuller*
        Chad R. Fuller

*Counsel for Defendant*
HEALTHCOMPARE INSURANCE SERVICES, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF electronic filing system, which will then send a notification of such filing to counsel of record.

/s/ *Chad R. Fuller*
Chad R. Fuller

*Counsel for Defendant*
HEALTHCOMPARE INSURANCE SERVICES, INC.